UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>        Defendant. | Case No.: 3:22-cr-00051-RTB-CSD<br><br>**ORDER DIRECTING CLERK TO REJECT PRO SE FILINGS BY DEFENDANT WHILE DEFENDANT IS REPRESENTED BY COUNSEL** |

    The Court directs the Clerk of Court to reject all pro se filings by Defendant for the reasons set forth on the record at the October 27, 2022 hearing. This Order shall remain in effect while Defendant is represented by Counsel. Nothing in this Order shall be construed to disallow any filings made by Defendant's counsel, or disallow filings by Defendant should Defendant become pro se.

    While this Order is in effect, the Court directs the Clerk of Court to forward all pro se filings made by Defendant to Defendant's counsel.

    **IT IS SO ORDERED.**

Dated: November 3, 2022

_____
HON. ROGER T. BENITEZ
United States District Judge

1