# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LATONIA SMITH, <br> Defendant. | Case No. 3:22-cr-0051-RTB-CSD-1 <br><br> ORDER |

The Court has received a letter dated April 4, 2023, from the Warden of the Federal Medical Center in Carswell, Texas, regarding involuntarily medicating the Defendant. A status conference by video was held with counsel this date.

IT IS ORDERED that the Clerk of Court shall file the Warden's letter *under seal*. IT IS FURTHER ORDERED that the Clerk of Court is directed to distribute copies of the sealed letter to counsel for United States, Ms. Rachow, and counsel for Defendant Smith, Mr. Pitaro.

A further status conference is currently set for Monday, May 22, 2023, at 10:00 a.m. The Court finds that the time is excludable under 18 U.S.C. § 3161 of the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: 4/12/2023

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE