UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>Defendant. | Case No.: 3:22-cr-00051-RTB-CSD<br><br>**ORDER :**<br><br>**1) GRANTING BUREAU OF PRISON'S MOTION FOR MODIFICATION;**<br><br>**2) GRANTING MOTION TO SEAL**<br><br>**[ECF Nos. 89 & 90]** |

On July 24, 2023, the Bureau of Prisons ("BOP") through government attorney Rachow filed a Request for Modification of the Court's Order dated July 18, 2023 ("the Motion"). ECF No. 89. In the Motion, the BOP requests that "summary report" be modified to "status update" regarding the Defendant's competency. Further, the BOP requests the deadline for the next full report to remain unchanged. Defendant Smith, through her attorneys of record, filed an Opposition to BOP's Motion. ECF 91.

The Court, having considered the Motion and Opposition, hereby GRANTS the Motion. The Court ORDERS as follows:

1. References to "summary report" in the Court's July 18, 2023 Order (ECF No. 85) shall be amended to "status update".

2. The study period and subsequent report regarding competency shall remain unchanged.

3. The Motion to Seal (ECF No. 90) is GRANTED.  The BOP's Motion for Modification (ECF No. 89) shall remain under seal.

**IT IS SO ORDERED.**

Dated:  July 28, 2023

_____
**HON. ROGER T. BENITEZ**
United States District Judge