UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LATONIA SMITH,<br>Defendant. | Case No.: 3:22-cr-00051-RTB-CSD<br>**ORDER APPROVING STIPULATION RE: REPORT ASSESSING LATIONIA SMITH'S COMPETENCY TO STAND TRIAL** |

Defendant Latonia Smith ("Ms. Smith"), by and through her attorney of record, Deputy Federal Public Defenders, Angela C. C. Viramontes and Charles Eaton, and Plaintiff United States of America, by and through its attorney of record Assistant United States Attorney Megan Rachow (together, the "Stipulating Parties"), hereby stipulate to the findings of the Forensic Evaluation of October 16, 2023 ("October Evaluation," Dkt. No. 119). Counsel for Ms. Smith discussed this matter with her on October 19, 2023. Counsel for Ms. Smith discussed this matter with the Government on October 19, 2023.

1. On October 16, 2023, the October Evaluation was written by Clinical Psychologist C. Young Psy.D., and reviewed by Chief Psychologist C. Feliciano, Psy.D. (together, "Evaluating Psychologists"). (Id. at 10.)

2. In the October Evaluation, the Evaluating Psychologists noted that while Ms.

1

Smith currently "meets the criteria for a diagnosis of schizoaffective disorder, bipolar type, multiple episodes, in full remission, it does not appear that the signs or symptoms would impair her present ability to understand the nature and consequences of the court proceedings against her or to assist in her defense adequately." (Id. at 9.)

3. Additionally, the Evaluating Psychologists found that Ms. Smith "has the ability to understand the nature and consequences of the court proceedings against her and to assist counsel in her defense appropriately." (Id. at 9-10.)

4. Based on these findings, Warden M. D. Smith of the Federal Medical Center (FMC), Carswell stated that "Ms. Smith has the ability to understand the nature and consequences of the court proceedings against her and to assist counsel in her defense appropriately." (See Dkt. No. 119-1.)

5. The Stipulating Parties have agreed to stipulate to the findings and conclusions of the October Evaluation.

Accordingly, based on the stipulating of the parties, the findings of the October Evaluation (Dkt. No. 119), and the Court's own observations, Latonia Smith requests the Court find that she is competent to stand trial in this matter.

DATED: October 23, 2023

CUAUHTEMOC ORTEGA
Federal Public Defender

/s/ CHARLES EATON
CHARLES EATON
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defenders

/s/ LATONIA SMITH     10-20-23
LATONIA SMITH        Date
DEFENDANT

JASON M. FRIERSON
United States Attorney

Andolyn Johnson (per email authorization)
MEGAN RACHOW
ANDOLYN JOHNSON
Assistant United States Attorneys

The Court, having reviewed the October Evaluation, Warden M. D. Smith's certificate of competency and the Stipulation of the parties, hereby finds by a preponderance of the evidence that Ms. Smith has been restored to competency and is competent to stand trial

**IT IS SO ORDERED.**

Dated: October 24, 2023

HON. ROGER T. BENITEZ
United States District Judge