# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>                Defendant. | Case No. 3:22-cr-00051-RTB-CSD<br><br>**ORDER** |

The Court is in receipt of the Defendant's Motion for District Judge Review of Magistrate Judge's Release (or Detention) Order (ECF No. 128).

IT IS THEREFORE ORDERED that a hearing on the motion is set for Friday, January 12, 2024, at 11:00 a.m. in Reno Courtroom 3 before Judge Roger T. Benitez. The parties shall be prepared to discuss the Motion, any related briefing, and Defendant Smith's detention.

IT IS FURTHER ORDERED that the Government shall have up to and including January 3, 2024 to file a response to the motion.

IT IS FURTHER ORDERED that Defendant Latonia Smith will be transported by the U.S. Marshals from Nevada Southern Detention Center to Reno, Nevada, for the purposes of attending this hearing in person. After the hearing, the U.S. Marshals will transport Defendant Latonia Smith back to Nevada Southern Detention Center as a pre-trial detainee or until further order of the Court.

IT IS FURTHER ORDERED that the Clerk will provide a copy of this Order to the U.S. Marshals.

Dated this 20th day of December 2023.

_____
Hon. Roger T. Benitez
United States District Judge