# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LATONIA SMITH,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:22-cr-00051-RTB-CSD<br><br>**ORDER** |

　　　The parties are advised that the Motions Hearing set for Friday, January 12, 2024, at 11:00 a.m. (ECF No. 129) will now be held in <u>Las Vegas Courtroom 4B</u> at the Lloyd D. George Federal Courthouse before Judge Roger T. Benitez.

　　　Defendant Latonia Smith is no longer required to be transported to Reno, Nevada, as previously ordered (ECF No. 129).

　　　The U.S. Marshal is directed to transport Defendant Latonia Smith to LV Courtroom 4B for the in-person Motions Hearing on January 12, 2024. The Clerk will provide a copy of this Order to the U.S. Marshals.

　　　**IT IS SO ORDERED.**

　　　Dated this 21st day of December 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge