# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>Defendant. | Case No. 3:22-cr-00051-RTB-CSD<br><br>**ORDER** |

The parties are advised that the Calendar Call set for Monday, January 29, 2024, at 10:00 a.m. (ECF No. 114) is vacated and continued to Tuesday, January 30, 2024, at 1:00 p.m. in a Reno courtroom to be determined before Judge Roger T. Benitez.

IT IS ORDERED that Defendant Latonia Smith, defense counsel, and the Government's counsel will be present in person for this hearing.

IT IS FURTHER ORDERED that Defendant Latonia Smith will be transported by the U.S. Marshals from Nevada Southern Detention Center to Reno, Nevada, for the purposes of attending this hearing.

IT IS FURTHER ORDERED that the Clerk will provide a copy of this Order to the U.S. Marshals.

Dated this 3rd day of January 2024.

_____
Hon. Roger T. Benitez
United States District Judge