# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Michael W. Mosman**, United States Senior District Judge for the District of Oregon, to temporarily perform the duties of United States District Judge for the District of Nevada beginning on January 12, 2024, for the following specific case: *USA v. Latonia Smith*, 3:22-CR-00051.

DATED this 12th day of January 2024.

Mary H. Murguia
Chief Circuit Judge