# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATONIA SMITH,<br><br>Defendant. | Case No.: 22-CR-051-MWM<br><br><br><br>ORDER |

On August 21, 2024, this Court ordered that Defendant be committed to the custody of the Attorney General for hospitalization and treatment to determine if she would attain the capacity to permit the proceedings to go forward, under 18 U.S.C. § 4241(d). Defendant was later transferred to FMC Carswell in Fort Worth, Texas, where she remains.

On December 19, 2024, Defendant moved this Court for an order seeking to have Defendant remain at FMC Carswell pending the resolution of her competency proceedings. Dkt. No. 233. The United States does not oppose the motion. Dkt. No. 234.

1  Based on the parties' submissions, it is hereby:

2      ORDERED that Defendant remain at FMC Carswell, notwithstanding the issuance

3  of any reports concerning her competency, until further order from this Court.

4   

5      IT IS SO ORDERED.

6  DATED: 1/8/2025

                                      HONORABLE MICHAEL W. MOSMAN
                                      United States Senior District Court Judge
                                      District of Oregon