# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-051-MWM |
| Plaintiff, | |
| v. | ORDER |
| LATONIA SMITH, | |
| Defendant. | |

On January 8, 2025, this Court ORDERED that Defendant LATONIA SMITH, Bureau of Prisons ("BOP") Number 55918-048, "remain at FMC Carswell" until further order from this Court. Dkt. # `237.

It is now ORDERED:

- Defendant is to be transferred from FMC Carswell to Las Vegas, Nevada, where she will be housed at the Nevada Southern Detention Center, throughout the pendency of the upcoming trial which is scheduled to commence on June 12, 2025. That transportation and housing is subject to the following conditions:

1 – ORDER

- The FMC Carswell will provide defendant with the next injection of her antipsychotic medications on May 20, 2025, which is currently Aripiprazole (brand name of Abilify; 400 mg).
- Defendant shall not depart FMC Carswell **until May 21, 2025**, to prevent and avoid any interruption in her medications.
- FMC Carswell will provide a seven-day supply of defendant's other medication, Sertraline (brand name Zoloft; 100 mg daily), for use during defendant's period of transportation. Defendant will be provided this medication daily at every facility in which she is housed during her transport.
- The transportation of defendant shall take the most direct route from FMC Carswell to the Nevada Southern Detention Center, and defendant will arrive at that location **no later than May 27, 2025**. The most-direct route is necessary and required to reduce the risk that Defendant be separated from, or not receive, any prescribed medications during transit from FMC Carswell to Las Vegas.
- It is further ORDERED that Nevada Southern Detention Center shall prescribe the defendant with the precise same medications she is receiving at FMC Carswell, and shall not substitute any similar or related brands. Should the Nevada Southern Detention Center wish to modify the medication regime established by the FMC Carswell, the institution must first notify counsel for defendant and demonstrate the medical necessity of proposed medication change. Defense may bring any appropriate challenges to such proposed changes before this Court.

    IT IS SO ORDERED.

DATED:   5/15/2025          \_\_\_/s/ Michael W. Mosman_____
                                      HONORABLE MICHAEL W. MOSMAN
                                      United States Senior District Court Judge
                                      District of Oregon