IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**LATONIA SMITH,**

Defendant.

No. 3:22-cr-00051-MWM-CSD-1

ORDER DENYING CERTIFICATE OF APPEALABILITY

**MOSMAN, J.,**

A court should issue a certificate of appealability (COA) only if a defendant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C § 2253(c)(2). Defendant filed her 2255 Petition on May 21, 2026. She asserts that she filed her habeas petition to "present the issues of her case" following the Ninth Circuit's denial of her "right to present a direct appeal" in her criminal case. 2255 Petition, [ECF 1] at 1.

Defendant's fifty-four-page Petition, alleges, among other things, that government officials have weaponized the FBI and that the threatening emails that she sent to various judges and court staff "didn't violate the First Amendment, thus [she] committed no crime." *See* [ECF 1] at 3–5, 12–13; *see also id.* at 19 (asserting that none of Defendant's speech contained "true threats"). Defendant claims that her prosecution was infected with racism and corruption. *See e.g.*, *id.* at 21, 40 (alleging that the refusal to dismiss the charges against her was based on racism and that the

warrants issued in this case violated her right to a neutral magistrate). Defendant also alleges a violation of her Sixth Amendment right to a speedy trial.

The United States did not respond to Defendant's Petition, and I did not issue a final order denying her Petition. Nonetheless, Defendant appears to have filed a Notice of Appeal that includes her May 21, 2026, Petition. [1]

I decline to issue a certificate of appeal for two reasons. First, there is no final adverse order in Defendant's 2255 proceeding. *See* 28 U.S.C § 2253(c)(1)(B); Fed. R. App. P. 22. Second, although Defendant's Petition makes many conclusory allegations that her constitutional rights were violated during her criminal proceedings, she has not made the substantial showing that her constitutional rights were violated that is necessary for a COA.

I DENY issuance of a COA.

DATED this 4th day of August, 2026.

MICHAEL W. MOSMAN
United States District Judge

[1] On the same day that Defendant filed her Petition, she filed an emergency motion for release pending appeal, which I denied. *See* Order, [ECF 370]. It appears that the June 18, Notice of Appeal also appeals the Order denying her motion for release. *See* [ECF 372].